UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR119-111 |
| | ) | |
| BENELLE MARQUETTE EVANS | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Melissa C. Bray** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** Melissa C. Bray be granted leave of absence for the following periods: **June 10, 2020 through June 15, 2020; June 24, 2020 through June 26, 2020; and July 6, 2020 through July 10, 2020.**

**SO ORDERED**, this the 21st day of February, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA